NO. 07-11-00315-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 13, 2012

_____

RICHARD AGUILAR, APPELLANT

v.

LOGAN CARVER AND
MORRIS COMMUNICATIONS CORPORATION D/B/A
LUBBOCK AVALANCHE JOURNAL, APPELLEES

_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2010-552,950; HONORABLE WILLIAM C. SOWDER, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.


**MEMORANDUM OPINION**

Appellant Richard Aguilar has filed a motion to dismiss his appeal. Tex. R. App. P. 42.1(a)(1). No decision of this court having been delivered to date, we grant the motion and dismiss the appeal. *Id.* All costs herein having been paid, no order pertaining to the costs is made. No motion for rehearing from appellant will be entertained and our mandate will issue forthwith.


James T. Campbell
Justice